McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS, AUSA
Federal Courthouse
2500 Tulare St., Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:06-cr-00271 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| v. ) | CONFERENCE AND ORDER |
| ) | |
| ) | |
| ) | DATE:   July 30, 2007 |
| JAIME SALAS, ) | TIME:    9:00 a.m. |
| ) | |
| Defendant. ) | Honorable Anthony W. Ishii |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto and through their attorneys of record that the status conference presently scheduled before the Honorable Anthony W. Ishii for June 25, 2007 at 9:00 a.m. be continued to July 30, 2007 at 9:00 a.m.

All parties herein, through their respective counsel have been contacted regarding the requested continuance and concur with this request.

///

///

The parties agree that the resulting period of delay occurring between June 30, 2007 and the date for the status conference, shall continue to be excluded for speedy trial purposes pursuant to 18 U.S.C. § 3161 (h)(1)(F).

IT IS SO STIPULATED:

Dated:   June 14, 2007                McGregor W. Scott
                                      United States Attorney

                                       /s/ Kathleen A. Servatius
                                      By: KATHLEEN A. SERVATIUS
                                         Assistant U.S. Attorney

Dated: June 14, 2007                   /s/   Eric Kersten
                                      ERIC KERSTEN
                                      Attorney for Defendant
                                      JAIME SALAS

**ORDER**

Upon the stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the status conference presently set for June 25, 2007 at 9:00 a.m. is continued until July 30, 2007 at 9:00 a.m. to be heard before the Honorable Anthony W. Ishii, Courtroom 2.

IT IS SO ORDERED.

**Dated:**   **June 15, 2007**              /s/ Anthony W. Ishii
                                    UNITED STATES DISTRICT JUDGE

1