DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JAIME SALAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　*Plaintiff,*<br><br>　v.<br><br>JAIME SALAS,<br><br>　　　　　　*Defendant.* | No. 1:06-cr-271 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON<br><br>Date: August 27, 2007<br>Time: 9:00 a.m.<br>Judge: Honorable Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto and through their respective counsel, KATHLEEN A. SERVATIUS, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Jaime Salas, that the status conference set for July 30, 2007 may be continued to August 27, 2007 at 9:00 a.m. **The date currently set for status conference is July 30, 2007. The requested new date is August 27, 2007.**

This request is made to allow for the presence of defense counsel, who will be unavailable on the currently scheduled date, and to allow time for further efforts to reach a negotiated settlement in this matter prior to setting a trial date. The parties agree that the delay resulting from the continuance shall

///

///

///

be excluded as necessary for effective defense preparation and continuity of counsel pursuant to 18 U.S.C.

§ 3161(h)(8)(B)(iv).

                                  McGREGOR W. SCOTT
                                  United States Attorney

DATED: July 26, 2007                 By  /s/ Kathleen A. Servatius
                                  KATHLEEN A. SERVATIUS
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

                                  DANIEL J. BRODERICK
                                  Federal Defender

DATED: July 26, 2007                 By  /s/ Eric V. Kersten
                                  ERIC V. KERSTEN
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  Jaime Salas

**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   July 27, 2007**                    /s/ **Anthony W. Ishii**
                                            UNITED STATES DISTRICT JUDGE