HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
JAIME SALAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAIME SALAS,<br><br>    Defendant. | No.  Cr. F 06-271 AWI<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable ANTHONY W. ISHII |

Defendant, JAIME SALAS, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1.      Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.      On January 22, 2008, this Court sentenced Mr. Salas to a term of 135 months imprisonment.  This term reflected a 31 percent reduction of the defendant's recommended 195-month sentence upon the government's motion.  To effectuate that reduction, the Court attributed a term of 75 months to Count One and a term of 60 months to Count Three, to run consecutively to each other, for a total term of 135 months;

3. Mr. Salas's total offense level as to Count One was 33, his criminal history category was I, and the resulting guideline range was 135 to 168 months. Mr. Salas's guideline sentence as to Count Three was 60 months;

4. The sentencing range as to Count One applicable to Mr. Salas was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973, with an effective date of any such reduction as of November 1, 2015;

5. Mr. Salas's total offense level as to Count One has been reduced from 33 to 31, and his amended guideline range is 108 to 135 months on Count One, plus 60 months on Count Three, for a total amended term of 168 months, and a reduction comparable to the one received at the initial sentencing would produce a total term of 116 months; and,

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Salas's term of imprisonment to a term of 56 months on Count One, and 60 months on Count Three, to run consecutively to each other, for a total term of 116 months.

Respectfully submitted,

Dated:  December 12, 2014                    Dated:  December 12, 2014

BENJAMIN B. WAGNER                           HEATHER E. WILLIAMS
United States Attorney                       Federal Defender

 /s/ *Kathleen A. Servatius*                  /s/ *David M. Porter*
KATHLEEN A. SERVATIUS                        DAVID M. PORTER
Assistant U.S. Attorney                      Assistant Federal Defender

Attorney for Plaintiff                       Attorney for Defendant
UNITED STATES OF AMERICA                     JAIME SALAS

### ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Salas is entitled to the benefit Amendment 782, which reduces the total offense level for Count One from 33 to 31, resulting in an amended guideline range of 108 to 135 months for that count.

IT IS HEREBY ORDERED that the term of imprisonment imposed in January 2008 is reduced to a term of 56 months on Count One, and 60 months on Count Three, to run consecutively to each other, for a total term of 116 months, effective November 1, 2015.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, an effective date of the amended judgment as November 1, 2015, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Salas shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   December 15, 2014                           _____
                                                     SENIOR  DISTRICT  JUDGE